IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LARRY ALLEN, KIM BOYD, JOHN HAYES, RICHARD SIPES and LARRY VANCE,<br><br>Plaintiffs,<br><br>v.<br><br>ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., ST. JUDE MEDICAL, ATG, INC., ROBERT PATRICK LENAHAN, JR., LOUIS BONILLA, M.D., STACY SANFORD, and METHODIST HEALTHCARE MEMPHIS HOSPITALS,<br><br>Defendants. | No.: ~~05-2656-B~~ P<br><br>05-2689-B An ✓<br><br>**FILED BY**<br>_____<br>SEP 1 5 2005<br>Thomas M. Gould, Clerk<br>U.S. District Court<br>W. D. OF TN, Memphis |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., AND ST. JUDE MEDICAL ATG, INC. TO SEVER THE CLAIMS OF THE SEPARATE PLAINTIFFS

This matter is before the Court on motion of Defendants St. Jude Medical, Inc., St. Jude Medical S.C., Inc., and St. Jude Medical ATG, Inc.. Having considered the motion and incorporated memorandum and underlying record, and finding sufficient cause for severing the claims of the separate plaintiffs, the Court hereby **GRANTS** the motion of the St. Jude entities to transfer the case in that manner. The Clerk of Court is hereby instructed to take appropriate action.


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-23-05

1

SO ORDERED on this 14th day of _September_, 2005.

_____
THE HONORABLE ~~JON PHIPPS McCALLA~~ J. Daniel Breen
United States District Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02689 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Berry Cooper
DEAL COOPER & HOLTON PLLC
296 Washington Avenue
Memphis, TN 38103

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Elizabeth E. Chance
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT